UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIM. NO. 3:19-CR-175 |
| v. : | |
| JAMES BROOKS : | JUDGE |
| and : | |
| JOSHUA TRUESDALE, : | |
| Defendants : | FILED VIA ECF |

INDICTMENT

FILED
SCRANTON
JUN 04 2019
PER ____ DEPUTY CLERK

THE GRAND JURY CHARGES:

COUNT 1
18 U.S.C. §371
(Conspiracy)

On or before August 13, 2018, in Wayne County, Pennsylvania, within the Middle District of Pennsylvania, the defendants,

JAMES BROOKS
and
JOSHUA TRUESDALE,

did knowingly, intentionally and unlawfully combine, conspire, confederate, and agree with each other and with other persons both known and unknown to the grand jury, to commit an offense against the United States, that is, to assault another person with a dangerous weapon and with intent to do bodily

1

harm, by restraining, striking, and cutting the person with a sharpened piece of metal and plastic in violation of Title 18, United States Code, Sections 7(3) and 113(a)(3).

**OVERT ACTS**

In furtherance of this conspiracy, and to effect and accomplish the objects of the conspiracy, the defendants did commit and cause to be committed, the following overt acts, among others, in the Middle District of Pennsylvania:

1. On or before August 13, 2018, the defendants agreed to assault another inmate who was incarcerated with them at the United States Penitentiary at Canaan.

2. On or before August 13, 2018, the defendants armed themselves with a weapon for use in the assault, specifically, a razor imbedded in plastic, commonly referred to as a "shank."

3. On or about August 13, 2018, the defendants approached M.B. in the dining hall at the United States Penitentiary at Canaan.

4. On or about August 13, 2018, the defendants assaulted the victim, M.B., by restraining him, striking him with closed fists, and cutting him with

a dangerous weapon.

All in violation of Title 18, United States Code, Section 371.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**18 U.S.C. §113(a)**
(Assault within Maritime and Territorial Jurisdiction)

On or about August 13, 2018, in Wayne County, Pennsylvania, within the Middle District of Pennsylvania, the defendants,

**JAMES BROOKS**
**and**
**JOSHUA TRUESDALE,**

at a place within the special maritime and territorial jurisdiction of the United States, namely United States Penitentiary, Canaan, a Federal correctional, detention, and penal facility, on land acquired for the use of the United States and under its concurrent jurisdiction, did assault another person with a dangerous weapon, with intent to do bodily harm, and without just cause or excuse, by cutting the person with a sharpened piece of metal and plastic commonly referred to as a "shank," and did aid, abet, counsel, command, induce, and procure the commission of said offense

In violation of Title 18, United States Code, Sections 2, 7(3) and 113(a)(3).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
## 18 U.S.C. §1791(a)(2)
(Possessing Contraband in Prison)

On or about August 13, 2018, at the United States Penitentiary, Canaan, in Wayne County, a place within the Middle District of Pennsylvania, the defendant,

**JAMES BROOKS,**

being an inmate of the United States Penitentiary, did knowingly possess a prohibited object, specifically, a sharpened piece of metal and plastic, commonly referred to as a "shank," that was designed and intended to be used as a weapon.

In violation of Title 18, United States Code, Section 1791(a)(2) and (b)(3).

A TRUE BILL

6/4/19
DATE

[signature redacted]

6/4/19
DATE

DAVID J. FREED
UNITED STATES ATTORNEY

BY: _____
ALISAN V. MARTIN
ASSISTANT U.S. ATTORNEY